## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Mary West

                Plaintiff,

v.

Terroir Restaurant, Inc.

                Defendant.

Case No.: 1:19–cv–04441
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2019:

MINUTE entry before the Honorable Edmond E. Chang: Counsel reported that the parties reached a settlement. To avoid unnecessary status hearings, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 01/31/2020. If no motion to reinstate is filed by 01/31/2020, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated.The parties' joint motion to stay [15] is terminated.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.